Dawn M. Bayne, State Bar #20368
Christen N. Carns, State Bar #26211
**ALLEN, SALA & BAYNE, PLC**
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Office: (602) 256-6000
Fax: (602) 252-4712
E-mail: dbayne@asbazlaw.com

Attorneys for Trustee Diane M. Mann

# UNITED STATES BANKRUPTCY COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DAVID G. VASQUEZ AKA DAVID GARCIA VASQUEZ and MARIE A. VASQUEZ AKA MARIE ANASTASIA VASQUEZ AKA MARIE HESS,<br><br>Debtors. | Chapter 7<br><br>Case No. 2-09-bk-14291-GBN<br><br>**MOTION FOR EXPEDITED HEARING ON:**<br><br>**MOTION TO APPROVE SALE OF REAL PROPERTIES FREE AND CLEAR OF LIENS**<br><br>**(Hearing Requested Prior to January 31, 2010)**<br><br>Properties: 1204 Wilson Street<br>Bay City, MI 48706<br>and<br>1005 McCormick Street<br>Bay City, MI 48706 |

Pursuant to Local Bankruptcy Rule 9013-1(h), Diane M. Mann, the Chapter 7 Trustee ("Trustee") in the David G. Vasquez aka David Garcia Vasquez and Marie A. Vasquez aka Marie Anastasia Vasquez aka Marie Hess ("Debtors") bankruptcy estate, by and through undersigned counsel, hereby requests an Order setting an expedited hearing to consider the *Motion to Approve Sale of Real Properties Free and Clear of Liens* ("Motion").

**I.     Contact Information for Other Parties**

The contact information for the interested parties is set forth as follows and are incorporated herein by this reference:

| | |
|---|---|
| United States Trustee<br>230 North First Avenue, Ste. 204<br>Phoenix, AZ 85003-1706 | Walter Holmes<br>CitiMortgage<br>1000 Technology Drive<br>O'Fallon, MO 63368<br>*Mortgage Company* |

| | |
|---|---|
| David G. Vasquez<br>Marie A. Vasquez<br>900 W. Grove Parkway, Apt. 1083<br>Tempe, AZ 85283<br>*Debtors* | CitiMortgage<br>c/o CT Corporation System, Statutory Agent<br>2394 E. Camelback Rd.<br>Phoenix, AZ 85016 |
| Benjamin Loren Dodge<br>DODGE & VEGA, PLC<br>1820 E. Ray Rd.<br>Chandler, AZ 85225<br>Via email at ben@benjamindodgelaw.com<br>*Attorneys for Debtors* | Seidburg Law Offices<br>Attn: Ken Bonner, Representative<br>2412 E. Campbell Ave.<br>Phoenix, AZ 85011<br>*Potential Attorneys for Mortgage Company* |
| Lisa Anderson<br>Short Sale Negotiator<br>CitiMortgage<br>1000 Technology Drive<br>O'Fallon, MO 63368<br>Via email: lisa.m.anderson@citi.com<br>*Mortgage Company* | Christopher Greenleaf<br>Raintree Realty, Inc.<br>GMAC Real Estate<br>704 S. Euclid Avenue<br>Bay City, MI 48706-3304<br>Via email: christophergreenleaf@yahoo.com<br>*Realtor* |
| Laura C. Luna<br>Short Sale Negotiator<br>CitiMortgage<br>1000 Technology Drive<br>O'Fallon, MO 63368<br>Via email: laura.c.luna@citi.com<br>*Mortgage Company* | Raintree Realty, Inc.<br>GMAC Real Estate<br>Attn: Jerry<br>Via fax: (989) 686-2228 |
| Michael Fredricks<br>Bankruptcy Representative<br>CitiMortgage<br>1000 Technology Drive<br>O'Fallon, MO 63368<br>*Mortgage Company* | David Hendrickson<br>Land Title & Abstract, Inc.<br>File No. 200900833<br>612 Adams Street<br>Bay City, MI 48708<br>Via fax: (989) 891-1313<br>*Escrow and Title Company* |
| | Leland B. Johnson<br>610 Washington<br>Freeland, MI 48623<br>*Buyer* |

## II. **Facts Showing Existence and Nature of Emergency**

1. On June 24, 2009, the Debtors filed a Voluntary Petition for relief under Chapter 7 of the Bankruptcy Code.

2. Diane M. Mann is the duly appointed Chapter 7 Trustee assigned to this case.

3. The Debtors and CitiMortgage received an offer of $53,000.00 ("Purchase Price") for the purchase of the Properties, from Leland B. Johnson ("Buyer"). Buyer has deposited $100.00 earnest money.

4. The terms of the proposed sale are summarized hereafter and are fully described and set out in the Sales Contract, Exclusive Right to Sell Agreement, Seller's Disclosure

1. Statement, Residential Purchase Agreement and Joint Escrow Instructions (collectively the "Contract"), a true and correct copy of which is attached as Exhibit "A" to the Motion.

5. The Trustee requires an expedited hearing on the Motion to allow the sale to close prior to January 31, 2010.

6. As such, cause exists for this Court to set an expedited hearing on the Motion.

**III. Notice of Accelerated Hearing**

Copies of this motion were mailed or emailed or faxed to the Debtors, Debtors' Attorney, the Trustee, the realtors, the Buyer, the mortgage company, the potential Attorneys for the mortgage company, and the escrow and title company.

**WHEREFORE**, Trustee respectfully requests that this Court set an expedited hearing on the Motion prior to January 31, 2010.

**RESPECTFULLY SUBMITTED:** December 30, 2009

**ALLEN, SALA & BAYNE, PLC**

*/s/ DMB #20368*
Dawn M. Bayne
Christen N. Carnes
1850 N. Central Avenue, Suite 1150
Phoenix, Arizona 85004
Attorneys for Trustee Diane M. Mann

COPY of the foregoing
mailed or e-mailed or faxed on
December 30, 2009 to:

United States Trustee
230 North First Avenue, Ste. 204
Phoenix, AZ 85003-1706

Diane M. Mann
P.O. Box 12970
Scottsdale AZ 85267-2970
*Chapter 7 Trustee*

David G. Vasquez
Marie A. Vasquez
900 W. Grove Parkway, Apt. 1083
Tempe, AZ 85283
*Debtors*

*///*

| | |
|---|---|
| 1 | Benjamin Loren Dodge<br>DODGE & VEGA, PLC |
| 2 | 1820 E. Ray Rd.<br>Chandler, AZ 85225 |
| 3 | Via email at ben@benjamindodgelaw.com<br>*Attorneys for Debtors* |
| 4 | |
| 5 | Lisa Anderson<br>Short Sale Negotiator |
| | CitiMortgage |
| 6 | 1000 Technology Drive<br>O'Fallon, MO 63368 |
| 7 | Via email: lisa.m.anderson@citi.com<br>*Mortgage Company* |
| 8 | |
| 9 | Laura C. Luna<br>Short Sale Negotiator |
| | CitiMortgage |
| 10 | 1000 Technology Drive<br>O'Fallon, MO 63368 |
| 11 | Via email: laura.c.luna@citi.com<br>*Mortgage Company* |
| 12 | |
| 13 | Michael Fredricks<br>Bankruptcy Representative |
| | CitiMortgage |
| 14 | 1000 Technology Drive<br>O'Fallon, MO 63368 |
| 15 | *Mortgage Company* |
| 16 | Walter Holmes |
| | CitiMortgage |
| 17 | 1000 Technology Drive<br>O'Fallon, MO 63368 |
| 18 | *Mortgage Company* |
| 19 | CitiMortgage |
| | c/o CT Corporation System, Statutory Agent |
| 20 | 2394 E. Camelback Rd.<br>Phoenix, AZ 85016 |
| 21 | |
| 22 | Seidburg Law Offices<br>Attn: Ken Bonner, Representative |
| | 2412 E. Campbell Ave. |
| 23 | Phoenix, AZ 85011<br>*Potential Attorneys for Mortgage Company* |
| 24 | |
| 25 | Christopher Greenleaf<br>Raintree Realty, Inc. |
| | GMAC Real Estate |
| 26 | 704 S. Euclid Avenue<br>Bay City, MI 48706-3304 |
| 27 | Via email: christophergreenleaf@yahoo.com<br>*Realtor* |
| 28 | |

| | |
|---|---|
| 1 | Raintree Realty, Inc.<br>GMAC Real Estate |
| 2 | Attn: Jerry<br>Via fax: (989) 686-2228 |
| 3 | |
| 4 | David Hendrickson<br>Land Title & Abstract, Inc. |
| 5 | File No. 200900833<br>612 Adams Street |
| 6 | Bay City, MI 48708<br>Via fax: (989) 891-1313 |
| 7 | *Escrow and Title Company* |
| 8 | Leland B. Johnson<br>610 Washington |
| 9 | Freeland, MI 48623<br>*Buyer* |
| 10 | */s/ Monica Baca* |